IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRANDON M. WILBORN,

        Plaintiff,

   v.

WILLIAM BARR, et al.,

        Defendants.

CIVIL ACTION
NO. 18-3597

**ORDER**

    **AND NOW**, this 5th day of August, 2019, after reviewing Plaintiff's Motion for Summary Judgment[1] (Docket No. 2), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.

                                                         **BY THE COURT:**

                                                         **/s/ Jeffrey L. Schmehl**
                                                         Jeffrey L. Schmehl, J.

---

[1] After a Rule 16 conference with counsel for all parties, this Court determined that no further discovery was necessary and converted Plaintiff's Motion for Preliminary Injunction (Docket No. 2) to a Motion for Summary Judgment under Federal Rule of Civil Procedure 56. Parties were permitted to submit additional supplemental authority and material pertinent to the motion, and this Court conducted an oral argument on the motion for summary judgment on April 4, 2018.