IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON M. WILBORN** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 18-3597 |
| | : | |
| **WILLIAM BARR,** *et al.* | : | |
| Defendants | : | |

## MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF

Pursuant to F.R.C.P. 7, 57, and 65, Plaintiff Brandon Wilborn hereby respectfully moves this Court for declaratory and injunctive relief, consistent with the relief requested in the Complaint or, in the alternative, pursuant to F.R.C.P. 20 or 15, that the Court grant leave either for the joinder of all similarly situated individuals or for an amended complaint to be filed with class action averments. The accompanying memorandum of law is submitted in support of this motion.

Dated: November 15, 2019

Respectfully Submitted,

_____
Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@CivilRightsDefenseFirm.com

Adam Kraut, Esq.
Attorney Id. No. 318482
AKraut@CivilRightsDefenseFirm.com

Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-9297 (t)
(610) 400-8439 (f)

Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing and memorandum of law in support was filed electronically through the Eastern District of Pennsylvania Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all registered users in this case.

                                                    **Civil Rights Defense Firm, P.C.**

Date: November 15, 2019        By:    */s/ Joshua Prince*
                                                            Joshua Prince, Esq.
                                                             Attorney Id. No. 306521
                                                             Civil Rights Defense Firm, P.C.
                                                             646 Lenape Rd.
                                                              Bechtelsville, PA 19505
                                                             888-202-9297 ext 81114
                                                             610-400-8439 (fax)
                                                             Joshua@Civilrightsdefensefirm.com