# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON M. WILBORN** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 18-3597 |
| | : | |
| **MATTHEW WHITAKER,** *et al.* | : | |
| Defendants | : | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

In outright defiance of this Court's Order and Decision of August 5, 2019 (Docs. 21, 22), now 129 days later and after declaring in their brief that the "undersigned counsel informed counsel for Wilborn that Wilborn's Section 302 commitment *would no longer trigger a federal prohibition*" (Doc. 28 at 4 (emphasis added)), the Defendants have denied Mr. Wilborn, on the basis of his Section 302 evaluation and treatment, his attempted purchase of a firearm, as reflected on the attached denial of December 12, 2019. [1] In addition to all the reasons specified in Plaintiff's Motion for Declaratory and Injunctive Relief (Doc. 27) and briefs in support (Docs. 27-1, 29), this action on behalf of the Defendants is not only incredulous but necessitates this Court granting the relief requested and holding the Defendants in contempt.

Dated: December 12, 2019                                     Respectfully Submitted,

                                                                                    _____
                                                                                    Joshua Prince, Esq.

---

[1] The undersigned has redacted his SSN and DOB, but can provide an unredacted version to the Court or opposing counsel.

Attorney Id. No. 306521

Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
888-202-9297
610-400-8439 (fax)

Attorney for Plaintiff

## Search Request Details

The following is a list of detailed information for the selected transaction.

| Field | Value |
|---|---|
| NTN | 1016S7J0H |
| Created Date | 12/12/19 4:54 PM |
| Expiration Date | 1/11/20 4:54 PM |
| Last Name | wilborn |
| First Name | brandon |
| Middle Name | matthew |
| Cadence (Ex. Jr., Sr., III) | Not Supplied |
| Gender | M |
| Height | Not Supplied |
| Weight | Not Supplied |
| Race and/or Ethnicity | W |
| Date of Birth | ▮▮▮▮▮ |
| Place of Birth | TX |
| Social Security No | ▮▮▮▮▮ |
| UPIN | Not Supplied |
| Miscellaneous No | DL-ZI509212F |
| Miscellaneous Field | |
| State of Residence | ID |
| Citizenship | C |
| Country of Citizenship | US |
| Country of Citizenship 2 | Not Supplied |
| Country of Citizenship 3 | Not Supplied |
| Purpose ID | 1 |
| Submitted By | sue.m.souders |
| Retrieved By | sue.m.souders |
| Retrieved Date | 12/12/19 4:54 PM |
| Status | Denied |
| Status Date | 12/12/2019 4:54 PM |

## CERTIFICATE OF SERVICE

I, Joshua Prince, Esq., of Civil Rights Defense Firm, P.C. hereby certify that I served a copy of the *Plaintiff's Notice of Supplemental Authority*, through the Court's ECF system, as follows:

David Degnan, Esq.
615 Chestnut Street
Philadelphia, PA 19106
Paul.Koob@usdoj.gov

                                                **Civil Rights Defense Firm, P.C.**

Date: December 12, 2019                       By:

*/s/ Joshua Prince*
Joshua Prince, Esq.
Attorney Id. No. 306521

Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
888-202-9297
610-400-8439 (fax)

Attorney for Plaintiff