## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON M. WILBORN** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 18-3597 |
| | : | |
| **MATTHEW WHITAKER,** *et al.* | : | |
| Defendants | : | |

### PLAINTIFF'S CORRECTED[1] NOTICE OF SUPPLEMENTAL AUTHORITY

In outright defiance of this Court's Order and Decision of August 5, 2019 (Docs. 21, 22), now 129 days later and after declaring in their brief that the "undersigned counsel informed counsel for Wilborn that Wilborn's Section 302 commitment *would no longer trigger a federal prohibition*" (Doc. 28 at 4 (emphasis added)), the Defendants have denied Mr. Wilborn, on the basis of his Section 302 evaluation and treatment, his attempted purchase of a firearm, as reflected on the attached denial of December 12, 2019.[2] In addition to all the reasons specified in Plaintiff's Motion for Declaratory and Injunctive Relief (Doc. 27) and briefs in support (Docs. 27-1, 29), this action on behalf of the Defendants is not only incredulous but necessitates this Court granting the relief requested and holding the Defendants in contempt.

---

[1] The original notice failed to attach the FBI's specific response as to the basis, which is included in this corrected filing.
[2] The undersigned has redacted his SSN and DOB, but can provide an unredacted version to the Court or opposing counsel.

Dated: December 13, 2019

Respectfully Submitted,

_____
Joshua Prince, Esq.
Attorney Id. No. 306521

Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
888-202-9297
610-400-8439 (fax)

Attorney for Plaintiff

## Search Request Details

The following is a list of detailed information for the selected transaction.

| Field | Value |
|---|---|
| NTN | 1016S7J0H |
| Created Date | 12/12/19 4:54 PM |
| Expiration Date | 1/11/20 4:54 PM |
| Last Name | wilborn |
| First Name | brandon |
| Middle Name | matthew |
| Cadence (Ex. Jr., Sr., III) | Not Supplied |
| Gender | M |
| Height | Not Supplied |
| Weight | Not Supplied |
| Race and/or Ethnicity | W |
| Date of Birth | [redacted] |
| Place of Birth | TX |
| Social Security No | [redacted] |
| UPIN | Not Supplied |
| Miscellaneous No | DL-ZI509212F |
| Miscellaneous Field | |
| State of Residence | ID |
| Citizenship | C |
| Country of Citizenship | US |
| Country of Citizenship 2 | Not Supplied |
| Country of Citizenship 3 | Not Supplied |
| Purpose ID | 1 |
| Submitted By | sue.m.souders |
| Retrieved By | sue.m.souders |
| Retrieved Date | 12/12/19 4:54 PM |
| Status | Denied |
| Status Date | 12/12/2019 4:54 PM |

```
BRANDON MATTHEW WILBORN
███████████████
```

Case 5:18-cv-03597-JLS   Document 31   Filed 12/13/19   Page 4 of 7



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306
December 12, 2019

BRANDON MATTHEW WILBORN
2821 N LAWSON PL
MERIDIAN, ID 83646

RE: Request for Reason(s) for Firearm-Related Denial
    Submitted December 12, 2019
    NTN: 1016S7J0H
    STN: None Provided

Dear Brandon Wilborn:

    This responds to your request for the reason(s) for your firearm-related denial. The descriptive information you provided the Federal Firearms Licensee was compared to and matched information in a prohibiting record(s) containing a similar name and descriptive information. The reason(s) for your denial is/are designated in the enclosure.

    If you wish to challenge the accuracy of the prohibiting record(s) identified in the enclosure, please visit our website at <https://www.edo.cjis.gov> for more information.

                            Biometric Services Section
                            Criminal Justice Information
                                Services Division

Enclosure

BRANDON MATTHEW WILBORN                                         C9418919346

Title 18, United States Code (U.S.C), Section 922(g)(4): "A person who has been adjudicated as a mental defective or who has been committed to a mental institution." Please note that this standard may be met in a number of ways, including but not limited to:

  • A formal ruling by a Court or other proper authority that an individual either lacks mental capacity to manage his or her own affairs or is a danger to self or others, due to mental illness, incompetency, condition or disease, or very low intelligence
  • A finding, by a Court or jury, that an individual was not guilty of criminal charges due to mental incapacity or infirmity, or that the individual was guilty but mentally ill, or that such charges against the individual should be dismissed for mental health reasons
  • An order of a Court or other proper authority directing an individual to receive treatment for a mental health condition, whether inpatient or outpatient, which for purposes of this statute constitutes being "committed to a mental institution"

In addition, please note that your agreement to the entry of any such order, ruling, or finding would not make the 18 U.S.C. §922(g)(4) prohibitor invalid.

## CERTIFICATE OF SERVICE

I, Joshua Prince, Esq., of Civil Rights Defense Firm, P.C. hereby certify that I served a copy of the *Plaintiff's Notice of Supplemental Authority*, through the Court's ECF system, as follows:

David Degnan, Esq.
615 Chestnut Street
Philadelphia, PA 19106
Paul.Koob@usdoj.gov

**Civil Rights Defense Firm, P.C.**

Date: December 13, 2019          By:

_____
Joshua Prince, Esq.
Attorney Id. No. 306521

Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
888-202-9297
610-400-8439 (fax)

Attorney for Plaintiff