# EXHIBIT 1

From: Paulshock, Bryan R <BPAULSHOCK@pa.gov>
Sent: Thursday, August 29, 2019 11:29 AM
To: Henderson, Teresa S. (CJIS) (FBI) <tshenderson@fbi.gov>
Cc: Kent, Nancy J <nakent@pa.gov>
Subject: Fwd: [External] RE: NICS Indices Entries--Possible Relief?

Good morning Teresa,

Our Chief Counsel is checking into this and we hope to remove him shortly.

Lieutenant Bryan Paulshock
Director, Firearms Division
Pennsylvania State Police
Bureau of Records and Identification
1800 Elmerton Avenue
Harrisburg, PA 17110
Ph:
Fax:
www.psp.pa.gov

---

From: Henderson, Teresa S. (CJIS) (FBI) <tshenderson@fbi.gov>
Sent: Tuesday, August 27, 2019 9:17:51 AM
To: Clark, Christopher T <CHRICLARK@pa.gov>; Paulshock, Bryan R <BPAULSHOCK@pa.gov>; Kent, Nancy J <nakent@pa.gov>
Cc: Garrison, Joann (CJIS) (FBI) <jgarrison@fbi.gov>
Subject: RE: [External] RE: NICS Indices Entries--Possible Relief?

Good Morning,

I am just checking to see if you have had a chance to review this request? I see that the individual is still entered in the PCA/D.

Thanks,

Teresa

Teresa S. Henderson
Liaison Specialist
NICS Business Relations Team
Ph:
Working hours: M-F 7:00am – 3:30pm ET

1

tshenderson@fbi.gov

This message has been transmitted to you by the FBI Criminal Justice Information Services Division's National Instant Criminal Background Check System Section. The message, along with any attachments, is to be considered confidential and legally privileged. No part of it is to be disseminated or reproduced without written consent of the sender. If you are not the intended recipient of this message, please destroy it promptly without any retention, dissemination, or reproduction (unless required by law), and please notify the sender of the error immediately by separate e-mail or by calling ▇▇▇▇▇▇.

**From:** Henderson, Teresa S. (CJIS) (FBI)
**Sent:** Monday, August 19, 2019 8:57 AM
**To:** Clark, Christopher T <CHRICLARK@pa.gov>; Paulshock, Bryan R <BPAULSHOCK@pa.gov>; Kent, Nancy J <nakent@pa.gov>
**Cc:** Garrison, Joann (CJIS) (FBI) <jgarrison@fbi.gov>
**Subject:** RE: [External] RE: NICS Indices Entries--Possible Relief?

Good Morning,

I have been asked by our Legal Analysis Team to contact you regarding the NICS Indices entry for Mr. Wilborn; NRI ▇▇▇▇▇▇—in the system as Wilburn. Based on the attachments, the federal court ruled that the PA MH 302 does not meet 922(g)(4); however, upon additional review, the individual would remain state prohibited under 18 Pa. C.S.A § 6105:

Persons not to possess, use, manufacture, control, sell or transfer firearms.

(a) Offense defined.--

(1) A person who has been convicted of an offense enumerated in subsection (b), within or without this Commonwealth, regardless of the length of sentence or whose conduct meets the criteria in subsection (c) shall not possess, use, control, sell, transfer or manufacture or obtain a license to possess, use, control, sell, transfer or manufacture a firearm in this Commonwealth.

(c) Other persons.--In addition to any person who has been convicted of any offense listed under subsection (b), the following persons shall be subject to the prohibition of subsection (a):

 (4) A person who has been adjudicated as an incompetent or who has been involuntarily committed to a mental institution for inpatient care and treatment under section 302, 303 or 304 of the provisions of the act of July 9, 1976 (P.L. 817, No. 143) known as the Mental Health Procedures Act. This paragraph shall not apply to any proceeding under section 302 of the Mental Health Procedures Act unless the examining physician has issued a certification that inpatient care was necessary or that the person was committable.

Since the individual is no longer prohibited under 922(g)(4), you can change your entry from the PCA/D to the PCA/J with the SPC PA0001, which would deem the individual as state-prohibited in Pennsylvania.

Please let me know when this has been completed or if you need assistance in completing this task.

Thank you,

Teresa

Teresa S. Henderson
Liaison Specialist
NICS Business Relations Team
Ph:
Working hours: M-F 7:00am – 3:30pm ET
tshenderson@fbi.gov