# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON M. WILBORN,** | : | |
| Plaintiff | : | |
| | : | Civil Action No. 5:18-CV-3597 |
| v. | : | |
| | : | |
| **MERRICK GARLAND,** | : | **Judge Jeffrey L. Schmehl** |
| **Attorney General of the** | : | |
| **United States,** *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO THE COURT

The parties respectfully notify the Court that they have resolved the issue of attorney's fees and costs. Because all issues in this case have been either adjudicated, settled, or otherwise finally resolved, the parties have no objection to the administrative closure of this case pursuant to Local Rule 41.1(b).

        Respectfully submitted,

     /s/ Joshua Prince
Joshua Prince, Esq.
Civil Rights Defense Firm, P.C.
646 Lenape Rd.
Bechtelsville, PA 19505
Telephone: (888) 202-9297 ext. 81114
Fax: (610) 400-8439
Joshua@CivilRightsDefenseFirm.com
*Attorney for Plaintiff*

JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY

/s/ David A. Degnan
DAVID A. DEGNAN
Assistant U.S. Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8522
David.Degnan@usdoj.gov
*Attorneys for Defendants*

Date: April 20, 2021